■    In the Matter of KATHRYN DI MARIA et al., Appellants, v MARVIN H. JASPER et al., Respondents. In the Matter of HELEN MOKARRY et al., Respondents, v KATHRYN DI MARIA et al., Appellants.—In consolidated proceedings, *inter alia,* to invalidate the petition designating Marvin H. Jasper and Jean Barrera as candidates in the Republican Party primary election to be held on September 12, 1978 for the party office of State Committeeman (Male and Female) from the 48th Assembly District, the appeal is from a judgment of the Supreme Court, Kings County, dated August 21, 1978, which, *inter alia,* dismissed the proceeding to invalidate the petition. Judgment affirmed, without costs or disbursements. No opinion. Mollen, P. J., Hopkins, Damiani, Shapiro and O'Connor, JJ., concur.

■    In the Matter of BENJAMIN EIGER et al., Petitioners, and DARCEY SCHOEBERG et al., Appellants, v STANLEY HARWOOD et al., Constituting the Board of Elections of the County of Nassau, et al., and HERBERT CARR, Respondents.—In a proceeding, *inter alia,* to validate petitions requesting "an opportunity to write in the name of an undesignated candidate" in the Liberal Party primary election to be held on September 12, 1978, for the public office of Member of the Assembly from the 18th Assembly District, the appeal is from a judgment of the Supreme Court, Nassau County, dated August 22, 1978, which denied the petition. The appeal is deemed withdrawn. Mollen, P. J., Hopkins, Damiani, Shapiro and O'Connor, JJ., concur.